**UNITED STATES BANKRUPTCY COURT**
**NORTHERN & EASTERN DISTRICTS OF TEXAS**

| | | | |
|---|---|---|---|
| *In re* | **Name of Debtor. Fabric Fanatics, INC** | Case No. | **18-42287** |
| | | Small Business Case under Chapter 11 | |

**SMALL BUSINESS MONTHLY OPERATING REPORT**

| | | | |
|---|---|---|---|
| Month: | *August* | Date Filed: | *9/25/2019* |
| Line of Business: | *Fabric Shop* | NAISC Code: | |

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

*/s/ Lisa Anderson*
Original Signature of Responsible Party

Lisa Anderson
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | YES | NO |
|---|---|---|---|
| 1. | Is the business still operating? | X | |
| 2. | Have you paid all your bills on time this month? | X | |
| 3. | Did you pay your employees on time? | X | |
| 4. | Have you deposited all the receipts for your business into the DIP account this month? | X | |
| 5. | Have you filed all of your tax returns and paid all of your taxes this month? | X | |
| 6. | Have you timely filed all other required government filings? | X | |
| 7. | Have you paid all of your insurance premiums this month? | X | |
| 8. | Do you plan to continue to operate the business next month? | X | |
| 9. | Are you current on your quarterly fee payment to the U.S. Trustee? | x | |
| 10. | Have you paid anything to your attorney or other professionals this month? | | X |
| 11. | Did you have any unusual or significant unanticipated expenses this month? | X | |
| 12. | Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | | X |
| 13. | Do you have any bank accounts open other than the DIP account? | | X |
| 14. | Have you sold any assets other than inventory this month? | | X |
| 15. | Did any insurance company cancel your policy this month? | | X |
| 16. | Have you borrowed money from anyone this month? | | X |
| 17. | Has anyone made an investment in your business this month? | | X |
| 18. | Have you paid any bills you owed before you filed bankruptcy? | X | |

|  | YES | NO |
|---|---|---|
| **TAXES** | | |
| Do you have any past due tax returns or past due post-petition tax obligations? | | X |

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

*(Exhibit A)*

**INCOME**

Please separately list all of the income you received for the month. The list should include all income from cash and credit transactions. *(The U.S. Trustee may waive this requirement.)*

*(Exhibit B)*

| | | |
|---|---|---|
| | Sales | |
| | 22,618.92 | |
| **TOTAL INCOME** | | $22,618.92 |

**SUMMARY OF CASH ON HAND**

| | |
|---|---|
| Cash on Hand at Start of Month | $3,241.41 |
| Cash on Hand at End of Month | $4,484.11 |
| Please provide the total amount of cash currently available to the debtor. | $4,484.11 |

**EXPENSES**

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. *(The U.S. Trustee may waive this requirement.)*

*(Exhibit C)*

| | |
|---|---|
| **TOTAL EXPENSES** | $23,610.69 |

**CASH PROFIT**

| | |
|---|---|
| Income for the month (Total from Exhibit B). | $22,618.92 |
| Expenses for the month (Total from Exhibit C). | $23,610.69 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | ($991.77) |

**UNPAID BILLS**

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. *(The U.S. Trustee may waive this requirement.)*

*(Exhibit D)*

| | |
|---|---|
| **TOTAL PAYABLES** | $0.00 |

**MONEY OWED TO YOU**

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you the money, how much is owed and when is payment due. *(The U.S. Trustee may waive this requirement.)*

*(Exhibit E)*

| | |
|---|---|
| **TOTAL RECEIVABLES** | $0.00 |

**BANKING INFORMATION**

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*

**EMPLOYEES**

| | |
|---|---:|
| Number of employees when the case was filed? | 6 |
| Number of employees as of the date of this monthly report? | 6 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---:|
| Professional fees relating to the bankruptcy case paid during this reporting period? | $0.00 |
| Total professional fees relating to the bankruptcy case paid since the filing of the case? | $0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---:|
| Professional fees not relating to the bankruptcy case paid during this reporting period? | $0.00 |
| Total professional fees not relating to the bankruptcy case paid since the filing of the case? | $0.00 |

## PROJECTIONS

Compare your actual income and expenses to the projections for the first 180 days of your case provided at the initial debtor interview.

| | Projected | Actual | Difference |
|---|---:|---:|---:|
| INCOME | $0.00 | $0.00 | $0.00 |
| EXPENSE | $0.00 | $0.00 | $0.00 |
| CASH PROFIT | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total projected income for the next month: | $15,000.00 |
| Total projected expenses for the next month: | $13,000.00 |
| Total projected cash profit for the next month: | $2,000.00 |

## ADDITIONAL INFORMATION

Please attach all financial reports including an income statement and balance sheet which you prepare internally.

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2019 through August 30, 2019

Account Number:  **000000634278659**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00004000 DRI 201 211 24319 NNNNNNNNNNN  1 000000000 65 0000
FABRIC FANATICS, INC. DEBTOR
POSSESSION 18-42287
3113 MCBEE DR
PLANO TX 75025-3621

## CHECKING SUMMARY     Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,241.41** |
| Deposits and Additions | 37 | 24,853.39 |
| Checks Paid | 12 | -9,271.37 |
| ATM & Debit Card Withdrawals | 28 | -5,341.67 |
| Electronic Withdrawals | 16 | -8,997.65 |
| **Ending Balance** | **93** | **$4,484.11** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Square Inc    190801P2    L202301348022    CCD ID: 9424300002 | $998.40 |
| 08/02 | Square Inc    190802P2    L202301392857    CCD ID: 9424300002 | 161.06 |
| 08/05 | ATM Cash Deposit    08/03 8000 Independence Pkwy Plano TX Card 5892 | 540.00 |
| 08/05 | ATM Cash Deposit    08/05 8000 Independence Pkwy Plano TX Card 5892 | 400.00 |
| 08/05 | ATM Check Deposit    08/03 8000 Independence Pkwy Plano TX Card 5892 | 251.50 |
| 08/05 | ATM Check Deposit    08/03 8000 Independence Pkwy Plano TX Card 5892 | 168.25 |
| 08/05 | ATM Cash Deposit    08/03 8000 Independence Pkwy Plano TX Card 5892 | 90.00 |
| 08/05 | Square Inc    190805P2    L202301484508    CCD ID: 9424300002 | 1,175.64 |
| 08/05 | Square Inc    190805P2    L202301484507    CCD ID: 9424300002 | 658.41 |
| 08/06 | Square Inc    190806P2    L202301537713    CCD ID: 9424300002 | 421.02 |
| 08/06 | Paypal    Transfer    PPD ID: Paypalsdw1 | 100.00 |
| 08/07 | Deposit    1064644157 | 2,554.99 |
| 08/07 | Square Inc    190807P2    L202301580950    CCD ID: 9424300002 | 543.05 |
| 08/08 | Square Inc    190808P2    L202301622290    CCD ID: 9424300002 | 1,312.70 |
| 08/09 | Paypal    Transfer    PPD ID: Paypalsd11 | 1,000.00 |
| 08/09 | Square Inc    190809P2    L202301664542    CCD ID: 9424300002 | 364.63 |
| 08/12 | Square Inc    190812P2    L202301758468    CCD ID: 9424300002 | 2,425.66 |
| 08/12 | Square Inc    190812P2    L202301758469    CCD ID: 9424300002 | 974.18 |
| 08/13 | Square Inc    190813P2    L202301802523    CCD ID: 9424300002 | 545.11 |
| 08/14 | Deposit    1065544417 | 796.95 |
| 08/14 | Square Inc    190814P2    L202301836721    CCD ID: 9424300002 | 273.46 |



August 01, 2019 through August 30, 2019

Account Number: **000000634278659**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 08/15 | Square Inc | 190815P2 | L202301875318 | CCD ID: 9424300002 | 323.97 |
| 08/16 | Square Inc | 190816P2 | L202301921636 | CCD ID: 9424300002 | 361.12 |
| 08/19 | Square Inc | 190819P2 | L202302014277 | CCD ID: 9424300002 | 581.61 |
| 08/19 | Square Inc | 190819P2 | L202302014278 | CCD ID: 9424300002 | 294.71 |
| 08/20 | Square Inc | 190820P2 | L202302066924 | CCD ID: 9424300002 | 325.31 |
| 08/21 | Square Inc | 190821P2 | L202302101420 | CCD ID: 9424300002 | 431.55 |
| 08/22 | Square Inc | 190822P2 | L202302144318 | CCD ID: 9424300002 | 267.70 |
| 08/23 | Square Inc | 190823P2 | L202302188910 | CCD ID: 9424300002 | 124.49 |
| 08/26 | Deposit    1065544322 | | | | 3,404.13 |
| 08/26 | Square Inc | 190826P2 | L202302280474 | CCD ID: 9424300002 | 1,207.92 |
| 08/26 | Square Inc | 190826P2 | L202302280473 | CCD ID: 9424300002 | 414.16 |
| 08/26 | Square Inc | 190826P2 | L202302280475 | CCD ID: 9424300002 | 13.48 |
| 08/27 | Square Inc | 190827P2 | L202302323715 | CCD ID: 9424300002 | 200.59 |
| 08/28 | Square Inc | 190828P2 | L202302357503 | CCD ID: 9424300002 | 349.97 |
| 08/29 | Square Inc | 190829P2 | L202302400882 | CCD ID: 9424300002 | 208.31 |
| 08/30 | Square Inc | 190830P2 | L202302441708 | CCD ID: 9424300002 | 589.36 |
| **Total Deposits and Additions** | | | | | **$24,853.39** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 9441  ^ | | 08/19 | $650.00 |
| 9444  * ^ | | 08/16 | 4,148.55 |
| 50056  * ^ | | 08/15 | 120.06 |
| 50064  * ^ | | 08/15 | 73.88 |
| 50070  * ^ | | 08/07 | 56.27 |
| 50071  ^ | | 08/08 | 1,028.94 |
| 50072  ^ | | 08/12 | 462.36 |
| 50073  ^ | | 08/12 | 522.72 |
| 50074  ^ | | 08/15 | 483.73 |
| 50075  ^ | | 08/23 | 726.37 |
| 50076  ^ | | 08/23 | 353.36 |
| 50077  ^ | | 08/23 | 645.13 |
| **Total Checks Paid** | | | **$9,271.37** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/01 | Card Purchase | 07/31 Usps Postage Endicia. 800-576-3279 CA Card 5892 | $100.00 |
| 08/02 | Card Purchase | 08/01 United Notions Inc 972-484-8901 TX Card 5892 | 32.38 |
| 08/02 | Card Purchase | 08/01 United Notions Inc 972-484-8901 TX Card 5892 | 116.44 |
| 08/05 | Card Purchase | 08/02 Rain Retail 877-909-6699 UT Card 5892 | 109.00 |
| 08/05 | Card Purchase | 08/04 UPS*0000F912W8 800-811-1648 GA Card 5892 | 260.14 |
| 08/05 | Recurring Card Purchase | 08/03 Public Storage 08407 Plano TX Card 5892 | 116.00 |
| 08/06 | Card Purchase | 08/05 Sq *Lone Star Fire Exti Dallas TX Card 5892 | 318.26 |



August 01, 2019 through August 30, 2019

Account Number: **000000634278659**



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 08/08 | Card Purchase | 08/07 Usps Postage Endicia. 800-576-3279 CA Card 5892 | 100.00 |
| 08/08 | Card Purchase | 08/07 Olmsted-Kirk Paper CO 214-637-2220 TX Card 5892 | 71.06 |
| 08/08 | Card Purchase | 08/08 Amzn Mktp US*MA2Jj5X Amzn.Com/Bill WA Card 5892 | 8.69 |
| 08/09 | Card Purchase | 08/08 Sq *Hissyfitz Designs Gosq.Com NC Card 5892 | 163.00 |
| 08/09 | Card Purchase | 08/08 Happy Hallow Designs Bison KS Card 5892 | 213.55 |
| 08/12 | Card Purchase | 08/09 Baum Textile Mills 201-659-0444 NJ Card 5892 | 648.44 |
| 08/13 | Card Purchase | 08/13 Distribution Manageme 636-720-3113 MO Card 5892 | 199.00 |
| 08/13 | Card Purchase | 08/13 Uline *Ship Supplies 800-295-5510 WI Card 5892 | 389.16 |
| 08/13 | Card Purchase | 08/13 Uline *Ship Supplies 800-295-5510 WI Card 5892 | 22.73 |
| 08/14 | Card Purchase | 08/13 United Notions Inc 972-484-8901 TX Card 5892 | 323.46 |
| 08/14 | Card Purchase | 08/13 Dorm CO 888-925-2899 NY Card 5892 | 69.53 |
| 08/14 | Card Purchase | 08/13 Baum Textile Mills 201-6590444 NJ Card 5892 | 1,250.00 |
| 08/16 | Card Purchase | 08/15 Usps Postage Endicia. 800-576-3279 CA Card 5892 | 100.00 |
| 08/20 | Card Purchase | 08/19 United Notions Inc 972-484-8901 TX Card 5892 | 163.03 |
| 08/21 | Card Purchase | 08/20 Amzn Mktp US*MA1Hg9I Amzn.Com/Bill WA Card 5892 | 21.19 |
| 08/26 | Card Purchase | 08/24 Twc*Time Warner Cable 888-Twcable TX Card 5892 | 193.37 |
| 08/26 | Card Purchase With Pin | 08/26 The Home Depot #0527 Plano TX Card 5892 | 9.71 |
| 08/28 | Card Purchase | 08/27 Mailchimp *Monthly Mailchimp.Com GA Card 5892 | 143.91 |
| 08/28 | Card Purchase With Pin | 08/28 Target T- 3201 Preston Frisco TX Card 5892 | 16.00 |
| 08/29 | Card Purchase | 08/28 United Notions Inc 972-484-8901 TX Card 5892 | 178.75 |
| 08/29 | Recurring Card Purchase | 08/28 Dnh*Godaddy.Com 480-5058855 AZ Card 5892 | 4.87 |
| **Total ATM & Debit Card Withdrawals** | | | **$5,341.67** |

## ATM & DEBIT CARD SUMMARY

Lisa Gaye Anderson  Card 5892

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,341.67 |
| Total Card Deposits & Credits | $1,449.75 |

ATM & Debit Card Totals

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,341.67 |
| Total Card Deposits & Credits | $1,449.75 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/05 | ADP Payroll Fees ADP - Fees 8Yk7Rzh 5535094 CCD ID: 9659605001 | $56.02 |
| 08/06 | American Express ACH Pmt   A2318      Web ID: 9493560001 | 159.00 |
| 08/09 | ADP Tax      ADP Tax   K7Rzh 080912A01 CCD ID: 1223006057 | 518.20 |
| 08/09 | Webfile Tax Pymt Dd   902/34549627   CCD ID: 2146000311 | 404.05 |
| 08/09 | Webfile Tax Pymt Dd   902/34549576   CCD ID: 2146000311 | 396.06 |
| 08/09 | Webfile Tax Pymt Dd   902/34553382   CCD ID: 2146000311 | 0.05 |
| 08/09 | Webfile Tax Pymt Dd   902/34553450   CCD ID: 2146000311 | 0.04 |
| 08/12 | Liftfund Inc5809 Liftfund       PPD ID: 1742712770 | 870.00 |
| 08/12 | Webfile Tax Pymt Dd   902/34553278   CCD ID: 2146000311 | 413.93 |
| 08/12 | Webfile Tax Pymt Dd   902/34553748   CCD ID: 2146000311 | 331.38 |
| 08/13 | Webfile Tax Pymt Dd   902/34559632   CCD ID: 2146000311 | 417.83 |
| 08/13 | Webfile Tax Pymt Dd   902/34559636   CCD ID: 2146000311 | 413.13 |
| 08/22 | Webfile Tax Pymt Dd   902/34729573   CCD ID: 2146000311 | 412.33 |



August 01, 2019 through August 30, 2019

Account Number: **000000634278659**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | The Hartford    Nwtbclscic 15594321    CCD ID: 9942902727 | 214.17 |
| 08/23 | ADP Tax    ADP Tax    K7Rzh 082313A01 CCD ID: 1223006057 | 440.46 |
| 08/27 | 08/27 Online Payment 8576759747 To David Hoppenstein Family, Ltd. | 3,951.00 |
| **Total Electronic Withdrawals** | | **$8,997.65** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/01 | $4,139.81 | 08/13 | 9,008.18 | 08/22 | 4,634.63 |
| 08/02 | 4,152.05 | 08/14 | 8,435.60 | 08/23 | 2,593.80 |
| 08/05 | 6,894.69 | 08/15 | 8,081.90 | 08/26 | 7,430.41 |
| 08/06 | 6,938.45 | 08/16 | 4,194.47 | 08/27 | 3,680.00 |
| 08/07 | 9,980.22 | 08/19 | 4,420.79 | 08/28 | 3,870.06 |
| 08/08 | 10,084.23 | 08/20 | 4,583.07 | 08/29 | 3,894.75 |
| 08/09 | 9,753.91 | 08/21 | 4,993.43 | 08/30 | 4,484.11 |
| 08/12 | 9,904.92 | | | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 55 |
| Deposits / Credits | 34 |
| Deposited Items | 11 |
| **Transaction Total** | **100** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | -$14.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |



August 01, 2019 through August 30, 2019

Account Number:    **000000634278659**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

## IMAGES

ACCOUNT # 000000634278659

**See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.**



002190173874 AUG 19 #0000009441 $650.00



004180489787 AUG 16 #0000009444 $4,148.55



003290350155 AUG 15 #0000050056 $120.06



003290350156 AUG 15 #0000050064 $73.88



August 01, 2019 through August 30, 2019

Account Number: **000000634278659**

**IMAGES** *(continued)*        ACCOUNT # 000000634278659

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**

003170448292 AUG 07 #0000050070 $56.27

009290854467 AUG 08 #0000050071 $1,028.94

002670536970 AUG 12 #0000050072 $462.36

008290015927 AUG 12 #0000050073 $522.72

008870862695 AUG 15 #0000050074 $483.73

002290520662 AUG 23 #0000050075 $726.37

008080255818 AUG 23 #0000050076 $353.36

002290521510 AUG 23 #0000050077 $645.13