DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
T  972-578-1400
F  972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 18-42287-BTR-11 |
| **FABRIC FANATICS, INC.**<br>27–1832718<br>624 Haggard Street, Suite 706<br>Plano, TX 75074 | Chapter: 11 |
| **Debtor.** | |

## REORGANIZED DEBTOR'S APPLICATION FOR FINAL DECREE

### NOTICE

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this objection to exemption unless a written response in opposition is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE_ listed in the certificate of service unless the court shortens or extends the time for filing such response. If no response in opposition to the objection is timely served and filed, this objection to exemption shall be deemed to be unopposed, and the court may enter an order sustaining the objection. If a response in opposition is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your response in opposition may be stricken. The court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW Fabric Fanatics, Inc.,**, Debtor in the above-styled and numbered case ("**Reorganized Debtor**"), and files this *Reorganized Debtor's Application for Final Decree*, by and through the undersigned attorney. In support thereof the Reorganized Debtor respectfully shows the Court as follows:

## I.    **JURISDICTION**

1. The Court has jurisdiction over the subject matter of this Application pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §157(b).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

## II.    **BACKGROUND**

### A.    **Procedural History**

3. This case was commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on **October 10, 2018** (the "**Petition Date**").

4. No trustee or examiner has been appointed, and no official committee of creditors has yet been established.

5. The Debtor recently confirmed a plan of reorganization on **September 20, 2019** [**Docket Entry No. 68**].

6. The Reorganized Debtor is performing its obligations pursuant to the Plan and believes it is current on all payments to creditors required by the Plan as well as its obligations to the Office of the United States Trustee.

## III.    **RELIEF REQUESTED**

7. This Application is made pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022.

8. Some of the factors that the Court should consider in determining whether a bankruptcy estate is fully administered as required by Bankruptcy Rule 3022 are as follows:

    a. Whether the Confirmation Order is Final;

    b. Whether distributions are being made under the Plan;

  c. Whether any property that was to be transferred under the plan has, in fact been transferred; and

  d. Whether all motions, adversary proceedings and contested matters have been resolved.

Rule 3022, Federal Rules of Bankruptcy Procedure (Notes of Advisory Committee on Rules – 1991 Amendment).

 9. In the case *sub judice*, all of the forgoing factors have been satisfied.

 10. Further, all quarterly fees owed to the Office of the United States Trustee are believed to have been paid to date. To the extent that any such fees remain unpaid, Reorganized Debtor shall remit payment no later than fourteen days following the entry of the Order granting the relief sought herein or the date such payment is due and payable, as the case may be.

WHEREFORE, the Reorganized Debtor respectfully requests the entry of an order:

  a. administratively closing the case per the provisions of Rule 3022 of the Federal Rules of Bankruptcy Procedure; and

  b. excusing the Reorganized Debtor from the reporting obligation imposed by Local Rule of Bankruptcy Procedure 2015-1(c)(1)(A)).

       Respectfully submitted,

Dated: **October 24, 2019**    */s/ Robert T. DeMarco*
       **DeMarco•Mitchell, PLLC**
       Robert T. DeMarco, Texas Bar No. 24014543
       **Email** robert@demarcomitchell.com
       Michael S. Mitchell, Texas Bar No. 00788065
       **Email** mike@demarcomitchell.com
       1255 W. 15th Street, 805
       Plano, TX 75075
       **T** 972-578-1400
       **F** 972-346-6791
       **Counsel for Reorganized Debtor**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **24th day of October, 2019**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first class mail.

### DEBTOR

**Fabric Fanatics, Inc.**
624 Haggard Street, Suite 706
Plano, TX 75074

### UNITED STATES TRUSTEE

**Office of the United States Trustee**
110 N. College Avenue, Suite 300
Tyler, TX 75702

### ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

**LiftFund**
c/o DUNN, PLLC
Attention: Ryan Dunn
405 Main Street, Suite 836
Houston, TX 77002

**Haggard Enterprises**
c/o Robert A. Miller
Prager & Miller, P.C.
14911 Quorum Drive, 320
Dallas, TX 75254

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791

```
Label Matrix for local noticing          Lisa Anderson                            Attorney General of Texas
0540-4                                   3113 McBee Dr.                           Bankruptcy Reporting Contact
Case 18-42287                            Plano, TX 75025-3621                     OAG/CSD/Mail Code 38
Eastern District of Texas                                                         P.O. Box 12017
Sherman                                                                           Austin, TX 78711-2017
Thu Oct 24 13:25:40 CDT 2019

Attorney General of Texas                COLLIN COUNTY TAX ASSESSOR/COLLECTOR     Chase
Taxation Division - Bankruptcy           Abernathy, Roeder, Boyd & Hullett, P.C.  PO Box 15298
Box 12548 Capitol Station                1700 Redbud Blvd., Suite 300             Wilmington, DE 19850-5298
Austin, TX 78711-2548                    McKinney, TX. 75069-3276


Collin County Tax Assessor/Collector     Comptroller of Public Accounts           Robert T. DeMarco
C/O Abernathy et al                      C/O Office of the Attorney General       DeMarco-Mitchell, PLLC
1700 N. Redbud Blvd., 300                Bankruptcy - Collections Division MC-008 1255 West 15th St., 805
McKinney, TX 75069-3276                  PO Box 12548                             Plano, TX 75075-7225
                                         Austin TX  78711-2548

Fabric Fanatics, Inc.                    Frontier Communications                  (p)FRONTIER COMMUNICATIONS
910 W. Parker Road, Suite 325            PO Box 5166                              BANKRUPTCY DEPT
Plano, TX 75075-2385                     Tampa, FL 33675-5166                     19 JOHN STREET
                                                                                  MIDDLETOWN NY 10940-4918


Haggard Enterprises                      Haggard Enterprises Limited, LTD         Haggard Enterprises Limited, Ltd.
800 Central Pkwy. E., Ste. 100           c/o Robert A. Miller                     Robert A. Miller, Prager & Miller, PC
Plano, TX 75074-5578                     Prager & Miller P.C.                     14911 Quorum Dr., Suite 320
                                         14911 Quorum Dr. Suite 320               Dallas, TX 75254-1482
                                         Dallas Texas 75254-1482

Courtney Hull                            Internal Revenue Service -               Kabbage-Celtic Bank
Office of the Attorney General           Centralized Insolvency Operations        PO Box 77081
300 West 15th Street                     PO Box 7346                              Atlanta, GA 30357-1081
Austin, TX 78701-1649                    Philadelphia, PA 19101-7346


Kenneth L. Maun                          Lendr, LLC                               Lendr.online, LLC
Tax Assessor Collector Collin County     Ryan Flynn                               153 West Ohio Street
PO Box 8046                              153 W. Ohio St., 5th Floor               5th Floor
McKinney, TX 75070-8046                  Chicago, IL 60654-4755                   Chicago, IL 60654-4785


Leslie Dean Anderson                     Lift Fund SBA Loan                       Merchant Source, Inc.
3113 McBee Dr.                           2007 W Martin St.                        153 West Ohio Street
Plano, TX 75025-3621                     San Antonio, TX 78207-2630               5th Floor
                                                                                  Chicago, IL 60654-4785


Robert A. Miller                         Navitas Lease Copr.                      Navitas Lease Corp
Prager & Miller, P.C.                    PO Box 3491                              PO Box 3491
14911 Quorum Dr. Suite 320               Ponte Vedra Beach, FL 32004-3491         Ponte Vedra Beach, FL 32004-3491
Dallas, TX 75254-1482


Timothy W. O'Neal                        SEC                                      Texas Comptroller of Public Accounts
Office of the U.S. Trustee               100 F Street, NE                         Courtney J. Hull
110 N. College Ave.                      Washington, DC 20549-2001                c/o Sherri K. Simpson, Paralegal
Suite 300                                                                         P.O. Box 12548
Tyler, TX 75702-7231                                                              Austin, TX 78711-2548
```

| | | |
|---|---|---|
| Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Bankruptcy Collections Div.<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>TEC Building Tax Dept.<br>101 E. 15th Street<br>Austin, TX 78778-0001 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 North College Ave., Ste. 700<br>Tyler, TX 75702-0204 | United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 |
| John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Frontier Communications
Bankruptcy Dept
19 John St
Middletown, NY 10940


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | (d)Frontier Communications<br>PO BOx 5166<br>Tampa, FL 33675-5166 | (d)Haggard Enterprises Limited, LTD\<br>c/o Robert A. Miller<br>Prager & Miller P.C.<br>14911 Quorum Dr. Suite 320<br>Dallas Texas 75254-1482 |
| (d)Kabbage-Celtic Bank<br>PO Box 77081<br>Atlanta, GA 30357-1081 | (d)Lendr.online, LLC<br>153 West Ohio Street<br>5th Floor<br>Chicago, IL 60654-4785 | (d)Lisa Anderson<br>3113 McBee Dr.<br>Plano, TX 75025-3621 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     6
Total                  42